No. 6, original. OKLAHOMA *v.* TEXAS ET AL. February 24, 1930. ORDER approving a statement by Samuel S. Gannett, commissioner, of the cost of running, locating, and marking the boundary along the one hundredth meridian, as directed by the decree of January 3, 1927 (273 U. S. 93), and adjudging that the United States pay to the State of Texas one-third thereof.

No. 500. EX PARTE MURRAY. Jurisdictional statement submitted January 27, 1930. Decided February 24, 1930. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the Act of February 13, 1925 (c. 229, 43 Stat. 936, 938), the certiorari is denied. *Messrs. Roland Becsey* and *William F. Herron* for Murray.